# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

TAYLOR RICHARD

VERSUS

JASON RICHARD

NO.  2019 CW 0881

**AUGUST 15, 2019**

---

In Re:   Taylor Kleinpeter, applying for rehearing, Family Court in and for the Parish of East Baton Rouge, No. 171285.

---

BEFORE:   **HIGGINBOTHAM, HOLDRIDGE, AND LANIER, JJ.**

**APPLICATION FOR REHEARING DENIED.**

**TMH**
**GH**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT